# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Karas, Kenneth M. | US District Court -- SDNY | 09/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge -- Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

300 Quarropas Street, Room 533
White Plains, NY 10601

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Member, Board of Directors | National Associaion of Urban Debate Leagues |
| 2.  Debate Coach (Volunteer, Unpaid) | ▮▮▮▮▮▮▮▮▮ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 09/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Davis, Polk & Wardwell -- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 09/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | JFCU | A | Interest | J | T | | | | | |
| 2. | Citibank Savings Account | A | Interest | J | T | | | | | |
| 3. | Citibank Checking Account | A | Interest | L | T | | | | | |
| 4. | HR-10 Spartan 500 Index | D | Dividend | | | Buy<br>(add'l) | 01/02/18 | K | | |
| 5. | | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 6. | | | | | | Buy<br>(add'l) | 06/28/18 | J | | |
| 7. | | | | | | Buy<br>(add'l) | 09/27/18 | J | | |
| 8. | | | | | | Buy<br>(add'l) | 10/09/18 | K | | |
| 9. | | | | | | Sold | 10/12/18 | O | | |
| 10. | HR-10 Fidelity Retirement Money Market | A | Interest | J | T | | | | | |
| 11. | 401K Spartan 500 Index (FXAIX) | D | Dividend | N | T | Buy<br>(add'l) | 10/12/18 | J | | |
| 12. | | | | | | Buy<br>(add'l) | 12/28/18 | J | | |
| 13. | 401K Fidelity Retirement Money Market | A | Interest | J | T | | | | | |
| 14. | E*Trade Sweep Account | A | Interest | J | T | | | | | |
| 15. | NY 529 Vanguard Agressive Fund (no control) | | None | L | T | | | | | |
| 16. | NY 529 Vanguard Aggressive Fund (no control) | | None | L | T | | | | | |
| 17. | Citibank IRA | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Karas, Kenneth M.** | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Citibank IRA | A | Interest | J | T | | | | | |
| 19. | HR-10 SPDR S&P MidCap 400 ETF TR | B | Dividend | L | T | Buy<br>(add'l) | 01/31/18 | J | | |
| 20. | | | | | | Buy<br>(add'l) | 04/30/18 | J | | |
| 21. | | | | | | Buy<br>(add'l) | 07/31/18 | J | | |
| 22. | | | | | | Buy<br>(add'l) | 10/31/18 | J | | |
| 23. | HR-10 Total Market Index (formerly<br>SPRTN Total Market Index Fund) | A | Dividend | K | T | Buy<br>(add'l) | 04/11/18 | J | | |
| 24. | | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 25. | | | | | | Buy<br>(add'l) | 12/28/18 | J | | |
| 26. | HR-10 Fidelity Low Priced Stock Fund | D | Dividend | L | T | Buy<br>(add'l) | 09/14/18 | J | | |
| 27. | | | | | | Buy<br>(add'l) | 12/08/18 | J | | |
| 28. | HR-10 Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 29. | 401K Fidelity Total Market Index<br>formerlySPRTN Total Market Index Fund | C | Dividend | M | T | Buy<br>(add'l) | 04/11/18 | J | | |
| 30. | | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 31. | | | | | | Buy<br>(add'l) | 12/28/18 | J | | |
| 32. | 401K BlackRock Global Allocation Fund | A | Dividend | | | Buy<br>(add'l) | 05/15/18 | K | | |
| 33. | | | | | | Buy<br>(add'l) | 07/19/18 | J | | |
| 34. | | | | | | Buy<br>(add'l) | 08/08/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/23/18 | M | | |
| 36. 401K Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 37. IRA Fidelity Low Priced Stock Fund | B | Dividend | K | T | Buy (add'l) | 09/14/18 | J | | |
| 38. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 39. IRA Blackrock Global Allocation Fund | A | Dividend | | | Buy (add'l) | 07/19/18 | J | | |
| 40. | | | | | Sold | 10/23/18 | J | | |
| 41. IRA Fidelity Govt Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |
| 42. IRA Fidelity Low Priced Stock Fund | B | Dividend | K | T | Buy (add'l) | 09/14/18 | J | | |
| 43. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 44. IRA Blackrock Global Allocation Fund | A | Dividend | | | Buy (add'l) | 07/19/18 | J | | |
| 45. | | | | | Sold | 10/23/18 | J | | |
| 46. IRA Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 47. IRA Fidelity Contrafund | C | Dividend | K | T | Buy (add'l) | 02/09/18 | J | | |
| 48. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 49. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 50. Fidelity ContraFund | E | Dividend | N | T | Buy (add'l) | 02/09/18 | J | | |
| 51. | | | | | Buy (add'l) | 04/03/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 11/02/18 | L | | |
| 53. | | | | | Buy<br>(add'l) | 12/07/18 | K | | |
| 54.   Fidelity Low Priced Stock Fund(FLPSX) | E | Dividend | N | T | Buy<br>(add'l) | 05/15/18 | K | | |
| 55. | | | | | Buy<br>(add'l) | 05/29/18 | J | | |
| 56. | | | | | Buy<br>(add'l) | 08/08/18 | K | | |
| 57. | | | | | Buy<br>(add'l) | 09/14/18 | K | | |
| 58. | | | | | Buy<br>(add'l) | 11/02/18 | K | | |
| 59. | | | | | Buy<br>(add'l) | 12/07/18 | K | | |
| 60.   BBH Core Select Fund | D | Dividend | | | Buy<br>(add'l) | 05/15/18 | K | | |
| 61. | | | | | Buy<br>(add'l) | 08/08/18 | K | | |
| 62. | | | | | Buy<br>(add'l) | 11/19/18 | K | | |
| 63. | | | | | Sold | 12/11/18 | N | D | |
| 64.   BlackRock Global Allocation Fund | D | Dividend | | | Buy<br>(add'l) | 05/15/18 | K | | |
| 65. | | | | | Buy<br>(add'l) | 07/19/18 | J | | |
| 66. | | | | | Buy<br>(add'l) | 08/08/18 | K | | |
| 67. | | | | | Sold | 10/23/18 | M | | |
| 68.   Fidelity 500 Index Fund (FXIAX); formerly<br>500 Premium Class (FUSVX) | A | Dividend | J | T | Buy<br>(add'l) | 04/06/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 70. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 71. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 72. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 73. 401(k) Fidelity Spartan 500 Index Fund (FSXIX) | D | Dividend | | | Buy | 04/02/18 | J | | |
| 74. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 75. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 76. | | | | | Buy (add'l) | 10/09/18 | K | | |
| 77. | | | | | Sold | 10/12/18 | K | | |
| 78. BlackRock Strategic Muni Opportunities | E | Dividend | O | T | Buy (add'l) | 01/31/18 | J | | |
| 79. | | | | | Buy (add'l) | 02/16/18 | M | | |
| 80. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 81. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 82. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 83. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 84. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 85. | | | | | Buy (add'l) | 07/31/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/08/18 | M | | |
| 87. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 88. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 89. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 90. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 91. | | | | | Buy (add'l) | 12/10/18 | K | | |
| 92. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 93. Deutsche Intermediate Tax/AMT Free Fund | E | Dividend | | | Buy (add'l) | 01/25/18 | J | | |
| 94. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 95. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 96. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 97. | | | | | Sold (part) | 05/09/18 | M | | |
| 98. | | | | | Buy (add'l) | 05/24/18 | J | | |
| 99. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 100. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 101. | | | | | Buy (add'l) | 08/27/18 | J | | |
| 102. | | | | | Sold | 10/09/18 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Intermediate Tax Exempt Admiral (VWIUX) | D | Dividend | N | T | Buy (add'l) | 01/31/18 | J | | |
| 104. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 105. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 106. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 107. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 108. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 109. | | | | | Buy (add'l) | 07/31/18 | J | | |
| 110. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 111. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 112. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 113. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 114. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 115. Fidelity Total Mkt Index, formerly Fidelity Spartan Total Index | E | Dividend | O | T | Buy (add'l) | 04/11/18 | J | | |
| 116. | | | | | Buy (add'l) | 04/30/18 | K | | |
| 117. | | | | | Buy (add'l) | 05/29/18 | K | | |
| 118. | | | | | Buy (add'l) | 08/28/18 | L | | |
| 119. | | | | | Buy (add'l) | 11/19/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Karas, Kenneth M.** | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/14/18 | K | | |
| 121. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 122. Morgan Stanley Long/Short Fund A | A | Dividend | | | Buy | 01/26/18 | J | | |
| 123. | | | | | Sold | 05/09/18 | J | | |
| 124. Fidelity Municipal Money Market (FZEXX) | B | Interest | N | T | | | | | |
| 125. Fidelity Treasury Money Market (FZFXX) | A | Interest | L | T | | | | | |
| 126. Fidelity Money Market Premium Class (FZDXX) | A | Interest | J | T | | | | | |
| 127. Glenmede Large Cap Core | D | Dividend | N | T | Buy (add'l) | 04/09/18 | J | | |
| 128. | | | | | Buy (add'l) | 04/30/18 | L | | |
| 129. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 130. | | | | | Buy (add'l) | 08/08/18 | K | | |
| 131. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 132. | | | | | Buy (add'l) | 11/19/18 | K | | |
| 133. | | | | | Buy (add'l) | 12/17/18 | K | | |
| 134. 401(k) Glenmede Large Cap Core | B | Dividend | K | T | Buy (add'l) | 04/09/18 | J | | |
| 135. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 136. | | | | | Buy (add'l) | 10/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 138. HR-10 BBH Core Select Fund | D | Dividend | | | Sold | 11/30/18 | L | D | |
| 139. HR-10 Glenmede Large Cap Core | D | Dividend | M | T | Buy (add'l) | 04/09/18 | J | | |
| 140. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 141. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 142. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 143. 401(k) Fidelity Contrafund | A | Dividend | J | T | Buy (add'l) | 02/09/18 | J | | |
| 144. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 145. HR-10 Fidelity Contrafund | C | Dividend | L | T | Buy (add'l) | 02/09/18 | J | | |
| 146. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 147. iShares Core S&P 500 (IVV) | B | Dividend | M | T | Buy (add'l) | 05/29/18 | K | | |
| 148. | | | | | Buy (add'l) | 12/02/18 | L | | |
| 149. iShares S&P Midcap (UH) | B | Dividend | M | T | Buy (add'l) | 05/29/18 | K | | |
| 150. | | | | | Buy (add'l) | 08/28/18 | J | | |
| 151. | | | | | Buy (add'l) | 11/02/18 | K | | |
| 152. iShares iBoxx Investment Grade (LQD) | B | Dividend | | | Sold | 02/14/18 | O | | |
| 153. SPDR S&P Midcap 400 ETF | B | Dividend | L | T | Buy (add'l) | 01/31/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 04/30/18 | J | | |
| 155. | | | | | Buy<br>(add'l) | 07/31/18 | J | | |
| 156. | | | | | Buy<br>(add'l) | 10/31/18 | J | | |
| 157. iShares Core S&P Tot US Stock Mkt<br>(ITOT) | B | Dividend | M | T | Buy | 10/24/18 | M | | |
| 158. | | | | | Buy<br>(add'l) | 11/19/18 | M | | |
| 159. SPDR SER TR Bloomberg (BIL) | D | Dividend | P1 | T | Buy | 10/15/18 | N | | |
| 160. | | | | | Buy<br>(add'l) | 10/26/18 | O | | |
| 161. | | | | | Buy<br>(add'l) | 11/19/18 | L | | |
| 162. | | | | | Buy<br>(add'l) | 12/07/18 | J | | |
| 163. | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 164. iShares Russell 1000 Value ETF (IWD) | C | Dividend | N | T | Buy | 12/11/18 | N | | |
| 165. IRA (JT) iShares Core S&P Tot US Stock<br>Mkt (ITOT) | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 166. 401(k) iShares Core S&P Tot US Stock Mkt<br>(ITOT) | A | Dividend | L | T | Buy | 10/24/18 | L | | |
| 167. HR-10 Fidelity Large Cap Index Inst.<br>(FLCOX) | B | Dividend | L | T | Buy | 10/12/18 | L | | |
| 168. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 169. HR-10 Core Fidelity 500 Index Fund<br>(FXAIX) | D | Dividend | O | T | Buy | 10/12/18 | O | | |
| 170. | | | | | Buy<br>(add'l) | 12/28/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  IRA Fidelity Conrafund (FCNTX) | C | Dividend | K | T | Buy | 02/09/18 | J | | |
| 172. | | | | | Buy<br>(add'l) | 04/12/18 | J | | |
| 173. | | | | | Buy<br>(add'l) | 12/07/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 09/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 09/14/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kenneth M. Karas**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544